**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| EDWARD SCANLON, IV<br><br>    Plaintiff<br> v.<br><br>VALERIA LAWSON, *et al.*,<br><br>    Defendants | Civ. No. 16-4465 (RMB-JS)<br><br>**SUPPLEMENTAL OPINION** |

APPEARANCES:

KEVIN T. FLOOD, Esq.
181 Route 206
Hillsborough, NJ 08844
  On behalf of Plaintiff

MICHAEL EZRA VOMACKA, Esq.
New Jersey Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St., P.O. Box 112
Trenton, NJ 08625
  On behalf of Defendants Valeria Lawson, Felix Mickens
  and William M. Burke

**BUMB,** United States District Judge

  Plaintiff Edward Scanlon IV brought this action under 42 U.S.C. § 1983, the New Jersey Civil Rights Act ("NJCRA") § 10:6-2; and the New Jersey Tort Claims Act ("NJTCA") § 59:1-1 *et seq.* On January 15, 2020, this Court entered an Opinion and Order granting Defendants Valeria Lawson, Felix Mickens, and William M. Burke's motion for summary judgment. (Opinion and Order, ECF Nos. 144, 145.) In the prior Opinion, the Court noted that Plaintiff

did not oppose summary judgment on Plaintiff's tort claims. (Opinion, ECF No. 144 at 11.) Plaintiff, however, conceded all claims as to Lawson and Mickens, and conceded only the tort claims as to Burke. (Pl's Brief, ECF No. 130-10 at 9.) Thus, to clarify, the Court granted summary judgment to Lawson and Mickens by Order dated January 15, 2020 (ECF No. 145), without further discussion.

Date: February 6, 2020

                                  s/Renée Marie Bumb
                                  **RENÉE MARIE BUMB**
                                  **United States District Judge**