LAW OFFICE OF KEVIN T. FLOOD, ESQ., LLC
181 Route 206
Hillsborough, N.J. 08844
Phone: (908) 705-2623
Fax:    (866) 900-9305
Attorneys for Plaintiff, Edward Scanlon IV
I.D. No.  005662003

| | |
|---|---|
| Edward Scanlon IV,<br><br>                      Plaintiffs,<br><br>                 v.<br><br>Valerie Lawson, Felix Mickens, Robert Balicki, Veronica Surrency, Michael Baruzza, William M. Burke, (aka Bill Burke), Bobby Stubbs, David Fuentes, Harold Cooper, Wesley Jordon, Carol Warren, JOHN and/or JANE DOES [1]7-45 (Fictitious individuals), ABC CORPS 1-45 (Fictitious Corps), Jointly and Severally<br><br>                     Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY: CAMDEN<br><br>DOCKET NO:  1:16-cv-4465 (RMB-JS)<br><br>JUDGE RENEE BUMB<br><br>CIVIL ACTION<br><br>NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT. |

Notice is hereby given that plaintiff Edward Scanlon IV appeals to the United States Court of Appeals for the Third Circuit from all orders of the United States District Court, District of New Jersey, Camden, entered in this action dismissing all claims against all defendants, which orders include those entered on January 15, 2020 (ECF No. 145), January 16, 2020 (ECF No. 149), February 6, 2020 (ECF No. 152), February 21, 2020 (ECF No. 157) March 9, 2020 (ECF No. 172) and September 29, 2020 (filed and received September 30, 2020) (ECF No. 194).

Respectfully Submitted,
Counsel for Plaintiff,

*s/ Kevin T. Flood*
Kevin T. Flood, Esq.
I.D. # 005662003

Date: October 28, 2020

1